**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Semra** | **Bayram** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number | 18-32849 | | |
| (if known) | | | |

☒ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.1  AmeriCredit/GM Financial**
Creditor's Name

**Describe the property that secures the claim:**    $96,297.00    Unknown    Unknown

Automobile

**Attn: Bankruptcy**
**Po Box 183853**
**Arlington, TX 76096**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 2/16/17 Last Active 11/22/17**    Last 4 digits of account number  **6464**

---

**2.2  Carmax Auto Finance**
Creditor's Name

**Describe the property that secures the claim:**    $12,017.00    $14,658.00    $0.00

**2009 Dodge Ram**

**Attn: Bankruptcy Department**
**Po Box 440609**
**Kennesaw, GA 30160**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

| Debtor 1 | **Semra Bayram Williams** | | Case number (if known) | **18-32849** |
|---|---|---|---|---|
| | First Name / Middle Name / Last Name | | | |

☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset)

| Date debt was incurred | **Opened 6/12/14 Last Active 4/02/18** | Last 4 digits of account number | **9384** |
|---|---|---|---|

---

| 2.3 | **Gurpal S. Bhuller** | Describe the property that secures the claim: | **$45,000.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | **3325 W. Hundred Rd. Chester, VA 23831  Chesterfield County** | | | |
| | **c/o Kerry Brian Hutcherson P.O. Box 58 Chesterfield, VA 23832** | | | | |
| | Number, Street, City, State & Zip Code | | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

| Date debt was incurred | **March 3, 2017** | Last 4 digits of account number | |
|---|---|---|---|

---

| 2.4 | **Gurpal S. Bhuller** | Describe the property that secures the claim: | **$45,000.00** | **Unknown** | **Unknown** |
|---|---|---|---|---|---|
| | Creditor's Name | **3408 Curtis Cir. Chester, VA 23831 Chesterfield County** | | | |
| | **c/o Kerry Brian Hutcherson P.O. Box 58 Chesterfield, VA 23832** | | | | |
| | Number, Street, City, State & Zip Code | | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Deed of Trust**

| Date debt was incurred | **March 3, 2017** | Last 4 digits of account number | |
|---|---|---|---|

---

| 2.5 | **PNC Bank, N.A.** | Describe the property that secures the claim: | **$163,804.00** | **$261,622.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **3455 Ivy Ridge Dr. Chester, VA 23831  Chesterfield County** | | | |
| | **PO Box 489909 Charlotte, NC 28269** | | | | |
| | Number, Street, City, State & Zip Code | | | | |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)

---

| Debtor 1 | **Semra Bayram Williams** | | Case number (if known) | **18-32849** |
|---|---|---|---|---|
| | First Name / Middle Name / Last Name | | | |

■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Deed of Trust**

**Date debt was incurred**          **Last 4 digits of account number**   **3070**

---

| 2.6 | **Wells Fargo Dealer Services** | **Describe the property that secures the claim:** | $0.00 | Unknown | Unknown |
|---|---|---|---|---|---|
| | Creditor's Name | **Automobile** | | | |

**Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred**  **Opened 9/28/11 Last Active 7/20/17**          **Last 4 digits of account number**   **7403**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$362,118.00** |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$362,118.00** |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Orlans PC
P.O. Box 2548
Leesburg, VA 20177**

On which line in Part 1 did you enter the creditor?   **2.5**
Last 4 digits of account number   **3070**

☐ Name, Number, Street, City, State & Zip Code
**Tejinder S. Grewal
c/o Kerry Brian Hutcherson
P.O. Box 58
Chesterfield, VA 23832**

On which line in Part 1 did you enter the creditor?   **2.3**
Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Semra** | **Bayram** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number: 18-32849
(if known)

■ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | **Total claim** |
|---|---|---|---|
| **4.1** | **Afni** | Last 4 digits of account number  **4956** | **$404.00** |
| | Nonpriority Creditor's Name | | |
| | **Attn: Bankruptcy** | When was the debt incurred?  **Opened 12/08/16** | |
| | **Po Box 3097** | | |
| | **Bloomington, IL 61702** | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
| | Who incurred the debt? Check one. | | |
| | ☐ Debtor 1 only | ☐ Contingent | |
| | ☐ Debtor 2 only | ☐ Unliquidated | |
| | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
| | ■ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
| | ☐ Check if this claim is for a community debt | ☐ Student loans | |
| | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
| | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
| | ☐ Yes | ■ Other. Specify  **11 At T Mobility** | |

| Debtor 1 | **Semra Bayram Williams** | | Case number (if known) | **18-32849** |
|---|---|---|---|---|

| 4.2 | **Amex** | Last 4 digits of account number | **2523** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 3/28/15 Last Active 8/23/17**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

| 4.3 | **Cap1/justice** | Last 4 digits of account number | **1433** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Capital One Retail Srvs**
**Po Box 30258**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 10/07/15 Last Active 1/15/16**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

| 4.4 | **Capital One** | Last 4 digits of account number | **0089** | $1,875.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 2/11/17 Last Active 1/19/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

| Debtor 1 | **Semra Bayram Williams** | | Case number (if known) | **18-32849** |
|---|---|---|---|---|

| 4.5 | **Capital One Na** | Last 4 digits of account number | **0725** | **$11,203.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State ZIp Code

**When was the debt incurred?** **Opened 12/23/11 Last Active 2/02/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.6 | **Citibank/Shell Oil** | Last 4 digits of account number | **9681** | **$1,483.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Centralized Bankruptcy**
**Po Box 790034**
**St Louis, MO 63179**
Number Street City State ZIp Code

**When was the debt incurred?** **Opened 3/18/15 Last Active 1/26/18**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit Card**

---

| 4.7 | **Comenity Bank/dots** | Last 4 digits of account number | **2872** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Bankruptcy Dept**
**Po Box 182125**
**Columbus, OH 43218**
Number Street City State ZIp Code

**When was the debt incurred?** **Opened 7/02/13 Last Active 4/04/14**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

Debtor 1  **Semra Bayram Williams**  Case number (if known)  **18-32849**

---

### 4.8  Comenity Bank/Victoria Secret
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 45318**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **1384**    $288.00

**When was the debt incurred?**  **Opened 6/23/13 Last Active 4/28/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

### 4.9  Comenity Capital Bank/HSN
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 18215
Columbus, OH 43218**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **6746**    $0.00

**When was the debt incurred?**  **Opened 5/28/16 Last Active 04/18**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

### 4.10  Comenity Capital/mprc
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0985**    $0.00

**When was the debt incurred?**  **Opened 5/26/13 Last Active 10/14/14**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

---

Debtor 1  **Semra Bayram Williams**                                  Case number (if known)   **18-32849**

---

| 4.1<br>1 | **Comenitybank/New York** | Last 4 digits of account number | **0113** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218**
Number Street City State ZIp Code

When was the debt incurred?  **Opened 2/27/11  Last Active 2/27/11**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.1<br>2 | **Commissioner of Revenue** | Last 4 digits of account number | | $3,673.00 |

Nonpriority Creditor's Name
**P.O. Box 124
Chesterfield, VA 23832**
Number Street City State ZIp Code

When was the debt incurred?  **2018**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

| 4.1<br>3 | **Dell Financial Services LLC** | Last 4 digits of account number | **8757** | $0.00 |

Nonpriority Creditor's Name
**Attn: President/CEO
Po Box 81577
Austin, TX 78708**
Number Street City State ZIp Code

When was the debt incurred?  **Opened 11/09/11  Last Active 1/13/12**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| Debtor 1 | Semra Bayram Williams | Case number (if known) | 18-32849 |
|---|---|---|---|

### 4.14 Divaris Property Management Co — $3,620.97

Nonpriority Creditor's Name
**200 S 10th St #1010
Richmond, VA 23219**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.15 Genito Crossing Shopping Cente — $25,820.94

Nonpriority Creditor's Name
**11168 Hull St. Rd.
Midlothian, VA 23112**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Lease**

### 4.16 Gurpal S. Bhuller — $45,000.00

Nonpriority Creditor's Name
**c/o Kerry Brian Hutcherson
P.O. Box 58
Chesterfield, VA 23832**
Number Street City State Zlp Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** **March 3, 2017**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1  **Semra Bayram Williams**                                    Case number (if known)    **18-32849**

---

| 4.17 | **Haynes Home Furnishing** | Last 4 digits of account number | **5497** | **$2,817.00** |

Nonpriority Creditor's Name
**Attention: Legal
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462**
Number Street City State ZIp Code

**When was the debt incurred?** **Opened 6/01/16 Last Active 3/08/18**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.18 | **Heartland Payment Systems** | Last 4 digits of account number | | **$699.27** |

Nonpriority Creditor's Name
**1 Heartland Way
Jeffersonville, IN 47130**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Contract**

---

| 4.19 | **Kohls/Capital One** | Last 4 digits of account number | **0129** | **$783.00** |

Nonpriority Creditor's Name
**Kohls Credit
Po Box 3120
Milwaukee, WI 53201**
Number Street City State ZIp Code

**When was the debt incurred?** **Opened 9/24/05 Last Active 4/16/18**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

Debtor 1  **Semra Bayram Williams**                                   Case number (if known)   **18-32849**

---

| 4.2 0 | **Merrick Bank/CardWorks** | Last 4 digits of account number | **7269** | $0.00 |

Nonpriority Creditor's Name
**Attn: Bankruptcy
Po Box 9201
Old Bethpage, NY 11804**
Number Street City State ZIp Code

When was the debt incurred?   **Opened  1/19/14  Last Active 8/24/16**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.2 1 | **Owen & Owens PLC** | Last 4 digits of account number | | $3,658.69 |

Nonpriority Creditor's Name
**15521 Midlothian Tpke
Midlothian, VA 23113**
Number Street City State ZIp Code

When was the debt incurred?   **7/23/18**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 4.2 2 | **Pawnee Leasing Corp.** | Last 4 digits of account number | **3034** | $5,187.25 |

Nonpriority Creditor's Name
**3801 Automation Way #207
Fort Collins, CO 80525**
Number Street City State ZIp Code

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

**Is the claim subject to offset?**
■ No
☐ Yes

---

| Debtor 1 | Semra Bayram Williams | | Case number (if known) | 18-32849 |
|---|---|---|---|---|

| 4.2 3 | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number | **0260** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 12/02/12  Last Active 1/06/17**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.2 4 | **Synchrony Bank/ Old Navy** | Last 4 digits of account number | **1635** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **Opened  1/21/11  Last Active 12/20/16**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

| 4.2 5 | **Synchrony Bank/Select Comfort** | Last 4 digits of account number | **8572** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept
Po Box 965060
Orlando, FL 32896**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 11/14/16  Last Active 10/16/17**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

| Debtor 1 | **Semra Bayram Williams** | Case number (if known) | **18-32849** |
|---|---|---|---|

| 4.26 | **Synchrony Bank/ShopNBC** | Last 4 digits of account number | **9513** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State ZIp Code

When was the debt incurred?   **Opened 8/23/16   Last Active 10/05/17**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.27 | **Synchrony Bank/TJX** | Last 4 digits of account number | **6442** | **$0.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Dept**
**Po Box 965060**
**Orlando, FL 32896**
Number Street City State ZIp Code

When was the debt incurred?   **Opened 12/10/14   Last Active 6/07/17**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

| 4.28 | **Target** | Last 4 digits of account number | **4626** | **$0.00** |

Nonpriority Creditor's Name
**Po Box 673**
**Minneapolis, MN 55440**
Number Street City State ZIp Code

When was the debt incurred?   **Opened 6/04/06   Last Active 1/25/12**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card**

---

| Debtor 1 | **Semra Bayram Williams** | Case number (if known) | **18-32849** |
|---|---|---|---|

| 4.29 | **Target** | Last 4 digits of account number | **0505** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred? **Opened 12/09/14 Last Active 3/19/18**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.30 | **Target** | Last 4 digits of account number | **1062** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Target Card Services
Mail Stop NCB-0461
Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred? **Opened 4/19/12 Last Active 6/17/13**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

| 4.31 | **Tidewater Finance Co** | Last 4 digits of account number | **1130** | $0.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**6520 Indian River Rd
Virginia Beach, VA 23464**
Number Street City State Zip Code

When was the debt incurred? **Opened 12/19/14 Last Active 7/01/15**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Charge Account**

Debtor 1 **Semra Bayram Williams**     Case number (if known) **18-32849**

| 4.3.2 | **Tulay Reese** | Last 4 digits of account number | | $35,000.00 |

Nonpriority Creditor's Name
**4000 Chipstead Court**
**Chester, VA 23831**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Personal loan.**

---

| 4.3.3 | **Universal Builders of America,** | Last 4 digits of account number | | $3,858.40 |

Nonpriority Creditor's Name
**2323 Westbrooke Dr.**
**Columbus, OH 43228**
Number Street City State ZIp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Roofing contract**

---

| 4.3.4 | **Virginia Family Dentistry** | Last 4 digits of account number | **3577** | $6,005.00 |

Nonpriority Creditor's Name
**1612 Huguenot Rd.**
**Midlothian, VA 23113**
Number Street City State ZIp Code

**When was the debt incurred?** **4/25/18**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical**

---

Debtor 1  **Semra Bayram Williams**                                Case number (if known)  **18-32849**

| 4.35 | **Wellsfargo** <br> Nonpriority Creditor's Name <br> **Attn: Bankruptcy** <br> **Po Box 9210** <br> **Des Moines, IA 50306** <br> Number Street City State Zlp Code | Last 4 digits of account number **3080** | | $0.00 |
|---|---|---|---|---|

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **Opened 4/04/07  Last Active 8/25/09**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Note Loan**

---

| 4.36 | **Westviewfnsv** <br> Nonpriority Creditor's Name <br> **1068 Temple Ave** <br> **Colonial Heights, VA 23834** <br> Number Street City State Zlp Code | Last 4 digits of account number **4805** | | $1,673.00 |
|---|---|---|---|---|

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**  **Opened 8/11/17  Last Active 4/18/18**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Unsecured**

---

### Part 3:  List Others to Be Notified About a Debt That You Already Listed

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Catherine Slater Crawford, Esq**
**P.O. Box 238**
**Upperville, VA 20185**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.15** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

### Part 4:  Add the Amounts for Each Type of Unsecured Claim

**6.** Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | **Total Claim** |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

Total claims from Part 1

---

| Debtor 1 | **Semra Bayram Williams** | Case number (if known) | **18-32849** |
|---|---|---|---|

| | | | | | **Total Claim** |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 153,049.52 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 153,049.52 |

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Semra** | **Bayram** | **Williams** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF VIRGINIA | | |
| Case number (if known) | **18-32849** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X  **/s/ Semra Bayram Williams**                         X  _____
**Semra Bayram Williams**                                  Signature of Debtor 2
Signature of Debtor 1

Date  **June 25, 2019**                                    Date

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Semra Bayram Williams**  
Debtor(s)

Case No.  **18-32849**  
Chapter  **7**

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

- ☐ Involuntary/Voluntary Petition *[Specify reason for amendment: Amended to show business operated by debtor]* Check if applicable: ☐ Soc. Sec. No. amended. [*If applicable*: An original, signed Official Form 121 was mailed/hand-delivered to the Clerk's office on _____.*]
- ☐ Summary of Your Assets and Liabilities (and Certain Statistical Information - Individuals Only)
- ☐ Declaration (Individuals - Form 106Dec) (Non-Individuals - Form 202)
- ☐ Schedule A/B - Property
- ☐ Schedule C - The Property You Claim as Exempt
- ☑ Schedule D – Creditors Who Hold Claims Secured by Property (See LBR 1009-1)
- ☑ Schedule E/F Creditors Who Have Unsecured Claims (See LBR 1009-1)

  (*$31.00 fee required* if adding or deleting pre-petition creditors, changing amounts owed or classification of debt.) **Check applicable statement(s):**

  - ☐ **Creditor(s) added**     ☐ **Creditor(s) deleted**
  - ☐ **Change in amounts owed or classification of debt**
  - ☑ **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket: Amended Schedule(s) and/or Statement(s), List(s)-NO FEE]
  - ☐ **Post-petition creditors added (Schedule of Unpaid Debts)**

  **REMINDER: Conversion of Chapter 13 to Chapter 7 - only file Schedule of Unpaid Debts.**

- ☐ Schedule G- Executory Contracts and Unexpired Leases
- ☐ Schedule H - Codebtors
- ☐ Schedule I - Your Income
- ☐ Schedule J - Your Expenses

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors. *Amendment of debtor(s) Social Security Number requires this cover sheet together with a completed Official Form 121 - Statement About Your Social Security Numbers be electronically filed or submitted to the Clerk's Office for 'restricted" entry of the amended Social Security Number into the case record. ]**

- ☐ Statement of Financial Affairs
- ☐ Statement of Intention for Individuals Filing Under Chapter 7
- ☐ Chapter 11 List of Equity Security Holders
- ☐ Chapter 11: The List of Creditors Who Have the 20 Largest Unsecured Claims Against You Who Are Not Insiders
- ☐ Attorney's Disclosure of Compensation
- ☐ Other:

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities affected by the amendment as follows: _____.

Date:  **June 21, 2019**

/s/ Ross C. Allen  
**Ross C. Allen 81329**  
Atty for Debtor  
State Bar No.:  **81329**  
Mailing Address: **Owen & Owens, PLC**  
**15521 Midlothian Turnpike**  
**Suite 300**  
**Midlothian, VA 23113**  
Telephone No.:

[amendcs ver. 12/15]

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Semra Bayram Williams**                                                                Case No.  **18-32849**
                                    Debtor(s)                                                   Chapter  **7**

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date  **June 25, 2019**                                 Signature  **/s/ Semra Bayram Williams**
                                                                   **Semra Bayram Williams**
                                                                   Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571